IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| JASON SCOTT WARREN, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | Case No. 1:17-cv-00193-AGF |
| WARDEN Jason Lewis, | ) | |
| Respondent. | ) | |

## **MEMORANDUM AND ORDER**

This case is before the Court on Petitioner's recent court filings in this matter. ECF Nos. 14, 15. In the Court's order issued on January 10, 2018, the Respondent's motion for a more definite statement as to Claim 4 of Petitioner's writ of habeas corpus was granted, and a new briefing schedule was established. Under that briefing schedule, all deadlines for the filing of an amended petition, supplemental response, and reply have passed. No further briefing of Petitioner's writ will be allowed without permission of the Court. If Petitioner seeks to further supplement the claims he has raised, he must file a motion for leave to supplement, explaining why the Court should grant him leave.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall not docket any future supplemental filings from Petitioner in this case without leave of court.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 10th day of September, 2018.